UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOANN JACKSON, | ) |
|                Plaintiff, | ) Case No.: 2:15-cv-00803-RBF-NJK ) |
|   vs. | ) **ORDER ACCEPTING REPORT &** |
| | ) **RECOMMENDATION** |
| NORTH LAS VEGAS POLICE DEPARTMENT, *et al.*, | ) ) |
| | ) |
|                Defendants. | ) |
| | ) |

      Before the Court for consideration is the Report and Recommendation (ECF No. 11) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered August 13, 2015.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

. . .

Pursuant to Local Rule IB 3-2(a), objections were due by August 30, 2015.  No objections have been filed.   Therefore, the Court adopts the Magistrate Judge's recommendation(s).

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 11 ) is **ACCEPTED and ADOPTED in full**.

**IT IS ORDERED** that this action be DISMISSED without prejudice to Plaintiffs ability to commence a new action in which she either pays the appropriate filing fee in full or submits a completed application to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 28th day of September, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court